Per Curiam.
 

 The petition for writ of certiorari is granted and the judgment below is reversed.
 
 Meat Cutters
 
 v.
 
 Jewel Tea, ante,
 
 p. 676.
 

 Mr. Justice Harlan, Mr. Justice Stewart and Mr. Justice Goldberg concur in the judgment of the Court for the reasons stated in Mr. Justice Goldberg's opinion in
 
 United Mine Workers of America
 
 v.
 
 Pennington
 
 and
 
 Meat Cutters
 
 v.
 
 Jewel Teg, ante,
 
 at 697.
 

 Mr. Justice Black, Mr. Justice Douglas and Mr. Justice Clark dissent.